|   |   |   |
|---|---|---|
| 1 | KEVIN A. DARBY, ESQ. (#7670) | *Electronically filed 8/19/2024* |
| 2 | TRICIA M. DARBY, ESQ. (#7956) | |
|   | DARBY LAW PRACTICE, LTD. | |
| 3 | 499 W. Plumb Lane, Suite 202 | |
|   | Reno, Nevada, 89519 | |
| 4 | Telephone: (775) 322-1237 | |
|   | Facsimile: (775) 996-7290 | |
| 5 | E-mail: kevin@darbylawpractice.com | |
| 6 |         tricia@darbylawpractice.com | |
| 7 | Attorneys for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | CASE NO.    BK-N-22-50549-HLB |
|---|---|
|  | Chapter 13 |
| PATRICIA A. SHEEHAN, | |
|  | **AMENDED MOTION TO MODIFY** |
|  | **CONFIRMED CHAPTER 13 PLAN** |
|  | |
|  | Hearing Date: September 26, 2024 |
| Debtor. | Hearing Time: 3:00 p.m. |
| _____/ | |

PATRICIA A. SHEEHAN ("Debtor"), by and through her counsel, DARBY LAW PRACTICE, LTD., hereby moves this Court for Approval to Modify Debtor's confirmation Chapter 13 Plan, pursuant to 11 U.S.C. §1329, for the reasons set forth below. This Motion is supported by the Declaration of Debtor and the following points and authorities.

**POINTS AND AUTHORITIES**

**I.    STATEMENT OF FACTS**

1. Debtor filed this Chapter 13 bankruptcy case on October 17, 2022.

2. On May 31, 2023, this Court entered an Order Confirming Chapter 13 Plan ("Confirmation Order"). Pursuant to the Confirmation Order, Debtor's monthly plan payments were $815.00 for eight months while Debtor participated in the Mortgage Modification Mediation Program and then deceased to $100.00 per month when the mediation was unsuccessful with a total plan base of $7,890.00.

3. Debtor's only source of income is her social security.

4. Debtor is requesting her plan be modified to allow her to pay off her Chapter 13

1

early. Debtor's plan was originally a 36-month plan ending in October 2025; however she was able to pay off early.

## II. LEGAL DISCUSSION

5. 11 U.S.C. §1329 provides, in pertinent part:

> (a) At any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request of the debtor, the trustee, or the holder of an allowed unsecured claim, to-
> (1) Increase or reduce the amount of payments on claims of a particular class provided for by the plan;
> (2) Extend or reduce the time for such payments;
> (3) Alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim other than under the plan….

6. In the present case, Debtor's Chapter 13 plan was for 36 months. Debtor's only source of income is her social security. She used her social security income to pay her plan off early. Given Debtor's sole income is social security and she has paid off the plan base, Debtor requests this Court to deem her commitment period complete and allow her case to be processed for discharge.

## III. CONCLUSION

Based on the foregoing, Debtor respectfully request this Court grant his Motion to Modify.

DATED this 19th day of August 2024.

DARBY LAW PRACTICE, LTD.

*/s/ Tricia M. Darby*
By:_____
TRICIA M. DARBY, ESQ.

2